THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUBEN IBARRA,<br><br>    Defendant. | No. CR19-052 RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

THE COURT having received and reviewed the Motion to Seal the Psychological Evaluation of Mr. Ibarra, and based on all of the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED: Defendant's Motion to Seal is GRANTED. The psychological evaluation will be maintained under seal.

DATED this 3rd day of February 2020.

          _/s/ Ricardo S. Martinez_
          RICARDO S. MARTINEZ
          UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO SEAL - 1

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780