# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN IBARRA,<br><br>Defendant. | CASE NO. CR19-52RSM<br><br>**ORDER** |

Defendant's pro se motion to appoint counsel filed December 1, 2020 (Dkt #168), is GRANTED. The Clerk is directed to provide a copy of this Order to the CJA Coordinator for appointment of counsel in this matter.

DATED this 8th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE